GEORGE E. WASHINGTON, State Bar 46281
PETER G. WASHINGTON, State Bar 230514
**WASHINGTON & WASHINGTON**
*Attorneys at Law*
1600 Humboldt Road, Suite 2
Chico, California 95928
Telephone:  (530) 345-0821
Facsimile:   (530) 342-2242


BRUCE S. ALPERT, State Bar No. 75684
**BUTTE COUNTY COUNSEL**
25 County Center Drive, Suite 213
Oroville, California 95965
Telephone: (530) 538-7621

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BASSETT,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA in his Individual Capacity, CORRECTIONAL OFFICERS JOHN DOE 1-10, CALIFORNIA FORENSIC MEDICAL GROUP and MEDICAL PERSONNEL JOHN DOE 1-10 and JANE DOE 1-10.<br><br>          Defendants. | CASE NO.:  2:21-cv-01025-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY, EXPERT WITNESS DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

   Having reviewed the Stipulation submitted by the parties and having found good cause, the Court orders the following.

   1.   The discovery cut-off date is continued to December 16, 2022;

   2.   Expert disclosures deadline is continued to February 14, 2023;

   3.   The supplemental/rebuttal expert disclosure deadline is continued to March 16, 2023; and

---

**ORDER GRANTING STIPULATION TO CONTINUE**                                                                   1

    4.    The deadline to file dispositive motions is continued to June 14, 2023.

IT IS SO ORDERED.

Dated:  August 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE