PETER G. WASHINGTON, State Bar 230514
**LOW McKINLEY & SALENKO, LLP**
1600 Humboldt Road, Suite 2
Chico, California 95928
Telephone: (530) 345-0821
Facsimile: (530) 342-2242

BRAD J. STEPHENS, State Bar No. 212246
**BUTTE COUNTY COUNSEL**
25 County Center Drive, Suite 213
Oroville, California 95965
Telephone: (530) 538-7621

Attorneys for Defendants, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, and SHERIFF KORY L. HONEA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVAN BASSETT,<br><br>  Plaintiff,<br><br>  vs.<br><br>COUNTY OF BUTTE, et al.,<br><br>  Defendants. | CASE NO.: 2:21-cv-01025-MCE-KJN<br><br>**ORDER GRANTING STIPULATION TO EXTEND OPPOSITION AND REPLY DATES TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Having reviewed the Stipulation submitted by the parties and having found good cause therefor, the Court orders the following briefing schedule with respect to Defendants County of Butte, Butte County Sheriff's Office, and Sheriff Kory Honea's Motion for Partial Summary Judgment filed June 14, 2023: Plaintiff's Opposition or Notice of Non-Opposition is to be filed no later than **July 17, 2023**, and Defendants' Reply is to be filed no later than **July 27, 2023**.

  IT IS SO ORDERED.

Dated: June 21, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE