| | |
|---|---|
| RON MARQUEZ, SB# 272963<br>**RON MARQUEZ LAW CORP**<br>389 Connors Court, Suite G<br>Chico, California 95926<br>Telephone: 530.332.8110 | |
| Attorneys for Plaintiff<br>Ivan Bassett | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN BASSETT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, SHERIFF KORY L. HONEA in his Individual Capacity, CORRECTIONAL OFFICERS JOHN DOE 1-10, CALIFORNIA FORENSIC MEDICAL GROUP and MEDICAL PERSONNEL JOHN DOE 1-10 and JANE DOE 1-10.<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-01025-MCE-KJN<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE STACI LEE BASSETT AS PLAINTIFF** |

Plaintiff, Ivan Bassett, who is now deceased, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On January 15, 2024, Plaintiff's counsel filed a Motion to Substitute Staci Lee Bassett as plaintiff in this matter with supporting records consisting of Ivan Bassett's Certificate of Death and Letters of Administration issued by the Chancery Court of Meigs County, Tennessee appointing Staci Lee Bassett as the Administrator and personal representative of the Estate of Ivan Richard Bassett, Sr.

On February 1, 2024, counsel for defendants Butte County Sheriff Department, County of Butte and Kory L. Honea filed a statement of non-opposition to the subject motion to substitute plaintiff. (see ECF No. 33) The following day, on February 2, 2024, counsel for defendant California Forensic Medical Group, also filed a statement of non-opposition to the motion to substitute plaintiff. (see ECF No. 34)

1    Having reviewed the motion to substitute plaintiff and the defendants' respective
2 statements of non-opposition, the Court finds that this underlying cause of action is not
3 extinguished by death.
4    Accordingly, IT IS HEREBY ORDERED that;
5    1.  Plaintiff's motion for substitution, (ECF No. 30), is GRANTED.
6    2.  The Clerk of the Court is directed to substitute Staci Lee Bassett, as Administrator of
7 the Estate of Ivan Bassett, as Plaintiff in this action.
8    IT IS SO ORDERED.

10   Dated:  February 6, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE